UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JODY MITTLEIDER, a/k/a Jody Allen Mittleider,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, YANKTON FEDERAL PRISON CAMP,<br><br>Respondent. | 4:18-CV-04143-KES<br><br>ORDER FOR SERVICE |

Petitioner, Jody Mittleider, an inmate at the Yankton Federal Prison Camp, in Yankton, South Dakota, has filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court directs the amended petition in this case be served and that a response be filed. Accordingly,

IT IS ORDERED that:

(1) the Clerk of Court shall serve upon respondent and the United States Attorney for the District of South Dakota a copy of Docs. 1, 3 and 5 and this order;

(2) within 21 days after service, respondent is directed to show cause why a writ pursuant to 28 U.S.C. § 2241 should not be granted;

(3) petitioner may file a reply within 14 days of service of the respondent's response.

DATED this 15th day of November, 2018.

BY THE COURT:

VERONICA L. DUFFY
United States Magistrate Judge